JACK S. SHOLKOFF, CA Bar No. 145097
jack.sholkoff@ogletree.com
JENNIFER L. KATZ, CA Bar No. 258917
jennifer.katz@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA 90071
Telephone: 213-239-9800
Facsimile: 213-239-9045

Attorneys for Defendants
CARMAX AUTO SUPERSTORES WEST
COAST, INC. and CARMAX AUTO
SUPERSTORES CALIFORNIA, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK MCELHANNON, ALEENA IQBAL, CHRISTOPHER SYHARATH, RUBEN SANTIAGO, and EMIL MILISCI, each individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CARMAX AUTO SUPERSTORES WEST COAST, INC., a Virginia corporation; CARMAX AUTO SUPERSTORES CALIFORNIA, LLC, a Virginia limited liability company; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 3:19-cv-00586-WHO<br><br>**STIPULATION AND ORDER TO CONTINUE MAY 15, 2019 HEARINGS**<br><br>Complaint Filed: November 21, 2018<br>Removal Filed: February 1, 2019 |

Plaintiffs DEREK McELHANNON, ALEENA IQBAL, CHRISTOPHER SYHARATH, RUBEN SANTIAGO, EMIL MILISCI, and MICHAEL LANTIS (collectively, "Plaintiffs") and defendants Carmax Auto Superstores West Coast, Inc. and Carmax Auto Superstores California, LLC (collectively, "CarMax") (together with Plaintiffs, the "Parties"), hereby stipulate and agree as follows:

WHEREAS, on March 6, 2019, CarMax filed its Motion to Compel Arbitration, Dismiss Class Claims, and Stay PAGA Claim Pursuant to the Federal Arbitration Act (9 U.S.C. § 3), or, in the Alternative, to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6) (the "Motion to Compel"), setting the Motion to Compel for hearing on April 16, 2019;

WHEREAS, after this matter was reassigned to Judge Orrick, CarMax re-noticed its Motion to Compel to be heard in this Court on May 8, 2019, at 2:00 p.m.;

WHEREAS, on April 2, 2019, plaintiffs Aleena Iqbal and Emil Milisci filed a Motion to Remand Matter to State Court (the "Motion to Remand"), setting the Motion to Remand for hearing in this Court on May 15, 2019, at 2:00 p.m.;

WHEREAS, on April 3, 2019, CarMax filed a Motion to Strike Plaintiffs' Second Amended Complaint for Damages (the "Motion to Strike"), setting the Motion to Strike for hearing in this Court on May 8, 2019, at 2:00 p.m.;

WHEREAS, on April 15, 2019, the Court reset the hearing on CarMax's Motion to Compel and Motion to Strike for May 15, 2019, at 2:00 p.m.;

WHEREAS, all briefing has been completed on the Motion to Compel, Motion to Remand, and Motion to Strike;

WHEREAS, on April 29, 2019, the Parties participated in mediation in attempt to resolve all or part of the instant matter.  Although no resolution was reached on that date, at the conclusion of the mediation session, the Parties agreed to continue discussing a possible resolution, and therefore agreed that a temporary pause in the proceedings, through May 29, 2019, would effectuate this process;

WHEREAS, the Parties therefore agreed that a short continuance of the hearings on the Motion to Compel, Motion to Remand, and Motion to Strike would facilitate the Parties' efforts to

resolve this matter, and agreed to stipulate to continue the hearings until a mutually agreeable date after May 29, 2019.

NOW, THEREFORE, Plaintiffs and CarMax HEREBY STIPULATE AND AGREE as follows:

1. The hearings on the Motion to Compel, Motion to Remand, and Motion to Strike shall be continued to June 12, 2019, at 2:00 p.m.

2. No further briefing on the Motion to Compel, Motion to Remand, and/or Motion to Strike shall be permitted.

IT IS SO STIPULATED.

DATED: May ___, 2019

WHITEHEAD EMPLOYMENT LAW

McNICHOLAS & McNICHOLAS, LLP

CHRISTINA HUMPHREY LAW, P.C.

By: _____
Jacob N. Whitehead
Patrick McNicholas
Christina A. Humphrey

Attorneys for Plaintiffs DEREK McELHANNON, ALEENA IQBAL, CHRISTOPHER SYHARATH, RUBEN SANTIAGO, and EMIL MILISCI

DATED: May ___, 2019

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: _____
Jack S. Sholkoff
Jennifer L. Katz

Attorneys for Defendants
CARMAX AUTO SUPERSTORES WEST COAST, INC. and CARMAX AUTO SUPERSTORES CALIFORNIA, LLC

**[PROPOSED] ORDER**

Good cause appearing, and pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. The hearings on the Motion to Compel (ECF No. 15), Motion to Remand (ECF No. 24), and Motion to Strike (ECF No. 25) shall be continued to June 12, 2019, at 2:00 p.m.

2. No further briefing on the Motion to Compel, Motion to Remand, and/or Motion to Strike shall be permitted.

DATED: May 7, 2019      By: 
                          Hon. William H. Orrick